**Order entered September 8, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00652-CV

### IN THE INTEREST OF D.P.G., A CHILD

**On Appeal from the 196th Judicial District Court
Hunt County, Texas
Trial Court Cause No. 87836**

## ORDER

Before the Court is appellee's September 1, 2020 motion requesting an extension of time to file a single brief responding to the respective briefs of Father and Mother.[1]  We **GRANT** the motion and extend the time to **October 5, 2020**.

/s/    ERIN A. NOWELL
         JUSTICE

---

[1] Father filed his brief on the merits on August 12, 2020.  Mother's brief on the merits is due September 14, 2020.